*Enodis Corporation, et al., v. Amana Company, L.P.*
<u>C.A. No. 18836</u>

Date Filed: 4/8/01

| Invoice # | Date | Amount |
|---|---|---|
| 783 | 2001-05-03 | $5,501.38 |
| 893 | 2001-08-02 | $12.05 |
| 90645 | 2001-08-10 | $345.00 |
| 987 | 2001-11-08 | $450.00 |
| 1337 | 2002-08-08 | $1,453.00 |
| 1359 | 2002-09-18 | $2,847.36 |
| 1407 | 2002-10-15 | $256.00 |
| 94652 | 2003-01-10 | $128.80 |
| 95218 | 2003-03-11 | $157.00 |
| 95414 | 2003-04-09 | $270.80 |
| 95649 | 2003-05-12 | $867.50 |
| 96119 | 2003-07-07 | $279.90 |
| 96388 | 2003-08-08 | $953.60 |
| 96716 | 2003-09-18 | $361.10 |
| 99693 | 2004-10-08 | $862.12 |
| 100690 | 2005-02-08 | $300.00 |
| 103638 | 2006-03-08 | $484.95 |
| 105383 | 2006-12-14 | $569.00 |
| 105739 | 2007-02-07 | $793.00 |
| 105906 | 2007-03-08 | $1,922.10 |
| 106099 | 2007-04-09 | $1,161.95 |
| 106319 | 2007-05-08 | $29.00 |
| | | $20,005.61 |

*Enodis Corporation et ano. v. KB Home, et al.*
<u>C.A. NO. 19688</u>

Date Filed: 6/6/02

| Invoice # | Date | Amount |
|---|---|---|
| 1639 | 2003-05-21 | $4,874.07 |
| 96120 | 2003-07-07 | $765.10 |
| 1899 | 2004-01-07 | $1,154.05 |
| 98039 | 2004-03-08 | $300.00 |
| 1998 | 2004-03-31 | $1,017.90 |
| 99694 | 2004-09-30 | $89.53 |
| 2222 | 2004-11-01 | $538.00 |
| 2271 | 2004-12-09 | $1,501.10 |
| 2295 | 2004-12-20 | $3,197.60 |
| 2314 | 2004-12-23 | $8,060.60 |
| 2368 | 2005-01-25 | $598.70 |

**EXHIBIT 2057**

| | | |
|---|---|---|
| 100691 | 2005-02-08 | $538.14 |
| 2398 | 2005-02-28 | $7,172.92 |
| 2434 | 2005-04-08 | $10,739.05 |
| 2498 | 2005-04-26 | $15,814.39 |
| 2536 | 2005-05-24 | $46,678.82 |
| 2566 | 2005-07-14 | $22,125.70 |
| 2636 | 2005-08-11 | $73,995.60 |
| 2685 | 2005-09-01 | $31,133.93 |
| 2725 | 2005-09-28 | $32,227.43 |
| 2776 | 2005-11-17 | $1,340.10 |
| 2808 | 2006-01-06 | $9,253.44 |
| 2849 | 2006-01-31 | $2,384.55 |
| 2856 | 2006-02-07 | $49.40 |
| 57434 | 2006-02-27 | $232.00 |
| 103639 | 2006-02-28 | $300.00 |
| 2932 | 2006-03-03 | $397.45 |
| 62632 | 2006-12-22 | $351.36 |
| 3403 | 2006-12-29 | $1,646.55 |
| 3473 | 2007-01-25 | $2,065.95 |
| 105740 | 2007-02-07 | $300.00 |
| 3559 | 2007-02-16 | $1,973.70 |
| 105907 | 2007-02-28 | $81.90 |
| 3622 | 2007-03-26 | $4,449.59 |
| 106100 | 2007-04-09 | $20.40 |
| 3690 | 2007-04-17 | $345.15 |
| 3754 | 2007-05-04 | $1,786.29 |
| 3833 | 2007-06-08 | $292.95 |
| 3867 | 2007-06-19 | $183.50 |
| 4006 | 2007-08-19 | $216.00 |
| 4032 | 2007-08-23 | $162.00 |
| 4126 | 2007-09-28 | $54.00 |
| 4216 | 2007-10-19 | $499.50 |
| 4231 | 2007-12-12 | $270.00 |
| 4424 | 2008-01-31 | $72.00 |
| 4489 | 2008-02-15 | $122.45 |
| | | $291,372.86 |

## *Enodis Corporation, et al. v. American Standard Corporation, d/b/a The Trane Company*
C.A. No. 17876-NC

Date Filed: 3/9/00

| Invoice # | Date | Amount |
|---|---|---|
| 345 | 1999-12-10 | $2,574.50 |
| 375 | 2000-01-17 | $6,819.32 |
| 427 | 2000-03-09 | $1,565.07 |
| 446 | 2000-04-11 | $13,658.52 |
| 462 | 2000-05-12 | $7,283.72 |
| 484 | 2000-06-19 | $6,452.60 |

| Invoice # | Date | Amount |
|---|---|---|
| 509 | 2000-07-07 | $15,090.72 |
| 529 | 2000-08-08 | $27,763.09 |
| 569 | 2000-09-12 | $24,336.14 |
| 597 | 2000-10-18 | $4,041.06 |
| 634 | 2000-11-19 | $5,165.31 |
| 660 | 2000-12-14 | $22,681.90 |
| 687 | 2001-01-30 | $9,917.91 |
| 704 | 2001-02-21 | $77,886.42 |
| 729 | 2001-03-22 | $26,508.05 |
| 754 | 2001-04-10 | $19,336.31 |
| 794 | 2001-05-03 | $15,540.13 |
| 90209 | 2001-06-07 | $1,036.36 |
| 829 | 2001-06-12 | $8,823.89 |
| 853 | 2001-07-11 | $3,678.00 |
| 895 | 2001-08-02 | $3,147.94 |
| 923 | 2001-09-06 | $9,205.29 |
| 972 | 2001-10-09 | $11,656.35 |
| 1000 | 2001-11-08 | $3,232.00 |
| 91272 | 2001-11-09 | $355.80 |
| 1072 | 2001-12-06 | $10,808.35 |
| 91542 | 2001-12-12 | $473.20 |
| 1094 | 2002-01-10 | $27,201.94 |
| 91816 | 2002-01-11 | $1,283.50 |
| 1129 | 2002-02-07 | $5,616.86 |
| 92039 | 2002-02-07 | $714.50 |
| 1185 | 2002-03-06 | $1,504.13 |
| 1211 | 2002-04-05 | $9,736.43 |
| 1246 | 2002-05-07 | $34,919.12 |
| 92738 | 2002-05-14 | $4,268.07 |
| 1291 | 2002-06-21 | $18,863.83 |
| 1309 | 2002-07-03 | $2,152.88 |
| 1323 | 2002-07-03 | $31,894.81 |
| 1344 | 2002-08-08 | $2,549.15 |
| 1423 | 2002-10-15 | $157.12 |
| | | $479,900.29 |

## *KB Home, et al, v. Consolidated Industries, Corp., et al.*
### Case No. BC250181

**Date Filed: 5/9/01**

| Invoice # | Date | Amount |
|---|---|---|
| 1205 | 2002-04-05 | $17,388.96 |
| 1242 | 2002-05-07 | $1,815.42 |
| 1287 | 2002-06-21 | $9,647.80 |
| 1317 | 2002-07-03 | $8,437.51 |
| 1365 | 2002-09-18 | $5,323.75 |
| 1418 | 2002-10-15 | $12,251.82 |
| 1467 | 2002-11-25 | $5,820.17 |
| 94426 | 2002-12-09 | $2,150.40 |

| | | |
|---|---|---|
| 94653 | 2003-01-10 | $2,378.10 |
| 95219 | 2003-03-11 | $311.50 |
| 95650 | 2003-05-12 | $69.00 |
| 37303 | 2002-04-05 | $1,384.50 |
| 37794 | 2002-05-13 | $3,223.17 |
| 38665 | 2002-07-10 | $4,806.25 |
| 39141 | 2002-08-14 | $2,263.69 |
| 39560 | 2002-09-12 | $5,052.31 |
| 39912 | 2002-10-09 | $4,486.75 |
| 40506 | 2002-11-12 | $3,087.53 |
| 41007 | 2002-12-11 | $2,379.25 |
| 41220 | 2003-01-03 | $1,951.50 |
| 41890 | 2003-02-18 | $708.23 |
| 42098 | 2003-03-05 | $400.48 |
| 42641 | 2003-04-14 | $3,993.39 |
| 42952 | 2003-05-05 | $1,912.50 |
| 43775 | 2003-06-23 | $2,385.59 |
| 43850 | 2003-07-10 | $2,889.17 |
| 44294 | 2003-08-05 | $1,543.65 |
| 44778 | 2003-09-08 | $2,863.79 |
| 45230 | 2003-10-06 | $1,241.98 |
| 46132 | 2003-11-19 | $3,607.68 |
| 46656 | 2004-01-12 | $820.01 |
| 47530 | 2004-03-05 | $322.26 |
| 48359 | 2004-04-27 | $86.76 |
| 49418 | 2004-07-13 | $411.96 |
| 50269 | 2004-09-03 | $223.96 |
| 50777 | 2004-10-07 | $393.00 |
| 64969 | 2007-05-07 | $110.80 |
| 65538 | 2007-06-11 | $119.60 |
| 65868 | 2007-07-05 | $237.41 |
| | | $118,501.60 |

## *Janet Pearce et. al, v. Welbilt Corporation (Enodis)*
<u>Case No. GIC759046</u>

**Date Filed: 12/6/00**

| <u>Invoice #</u> | <u>Date</u> | <u>Amount</u> |
|---|---|---|
| 703 | 2001-02-21 | $44,882.68 |
| 1014834 | 2001-02-21 | $24,701.82 |
| 233990 | 2001-03-12 | $3,567.83 |
| 1015022 | 2001-03-14 | $18,005.70 |
| 728 | 2001-03-22 | $9,616.67 |
| 753 | 2001-04-10 | $2,422.49 |
| 234634 | 2001-04-10 | $13,878.90 |
| 1017015 | 2001-04-17 | $16,639.93 |
| 793 | 2001-05-03 | $8,427.14 |
| 235642 | 2001-05-08 | $11,591.07 |

| Invoice # | Date | Amount |
|---|---|---|
| 1018139 | 2001-05-16 | $17,273.37 |
| 828 | 2001-06-12 | $1,099.74 |
| 1019055 | 2001-06-12 | $9,541.87 |
| 236712 | 2001-06-13 | $229.72 |
| 851 | 2001-07-11 | $3,253.16 |
| 237716 | 2001-07-12 | $855.36 |
| 238756 | 2001-08-13 | $825.64 |
| 1020635 | 2001-08-13 | $4,159.57 |
| 921 | 2001-09-06 | $15,365.50 |
| 1022614 | 2001-09-19 | $15,790.82 |
| 970 | 2001-10-09 | $6,527.03 |
| 1022969 | 2001-10-15 | $3,671.51 |
| 998 | 2001-11-08 | $1,690.67 |
| 1023951 | 2001-11-15 | $2,210.38 |
| 1069 | 2001-12-06 | $920.00 |
| 242966 | 2001-12-10 | $175.00 |
| 1025623 | 2001-12-18 | $2,809.77 |
| 1025886 | 2002-01-17 | $71.00 |
| 1179 | 2002-03-06 | $204.66 |
| 247602 | 2002-05-08 | $253.83 |
| 249447 | 2002-07-09 | $155.50 |
| 1033328 | 2002-08-22 | $598.81 |
| 1035362 | 2002-10-17 | $241.27 |
| 1090068 | 2006-05-10 | $1,912.50 |
| | | $243,570.91 |

### *American Standard Inc. d/b/a/ The Trane Company v.Welbilt Corporation et. ano.*
<u>Cause No. 00-0558A</u>

**Date Filed: 2/29/00**

| Invoice # | Date | Amount |
|---|---|---|
| 010028-00000-014 | 2000-12-07 | $3,282.34 |
| 249696 | 2001-02-22 | $2,859.91 |
| 010028-00000-018 | 2001-04-04 | $3,940.52 |
| 010028-00000-020 | 2001-05-14 | $1,488.80 |
| 260216 | 2001-05-21 | $2,211.75 |
| 010028-00000-021 | 2001-05-31 | $2,261.92 |
| 264382 | 2001-06-25 | $3,241.05 |
| 274239 | 2001-08-21 | $5,315.92 |
| 010028-00000-024 | 2001-09-11 | $4,764.69 |
| 277934 | 2001-09-20 | $2,915.82 |
| 010028-00000-025 | 2001-10-15 | $781.57 |
| 282156 | 2001-10-16 | $2,963.15 |
| 010028-00000-027 | 2001-11-12 | $1,913.56 |
| 286023 | 2001-11-15 | $4,567.57 |
| 010028-00000-029 | 2001-12-06 | $5,787.00 |
| 291031 | 2001-12-19 | $1,931.23 |
| 1095 | 2002-01-10 | $16,092.50 |

| | | |
|---|---|---|
| 010028-00000-031 | 2002-01-14 | $1,034.25 |
| 010028-00000-032 | 2002-02-06 | $432.98 |
| 1130 | 2002-02-07 | $7,680.45 |
| 010028-00000-034 | 2002-04-03 | $259.00 |
| 1212 | 2002-04-05 | $1,821.91 |
| 010028-00000-035 | 2002-05-02 | $6,159.30 |
| 1247 | 2002-05-07 | $5,283.00 |
| 309167 | 2002-05-20 | $6,441.02 |
| 1292 | 2002-06-21 | $1,525.00 |
| 312593 | 2002-06-21 | $630.40 |
| 314009 | 2002-07-10 | $7,111.12 |
| 317461 | 2002-08-14 | $851.13 |
| 010028-00000-041 | 2002-10-09 | $6,409.25 |
| 324362 | 2002-10-15 | $2,925.66 |
| 010028-00000-042 | 2002-11-13 | $6,820.03 |
| 010028-00000-043 | 2002-12-19 | $989.96 |
| 334500 | 2003-01-24 | $23,738.61 |
| 010028-00000-045 | 2003-02-06 | $403.29 |
| 336958 | 2003-02-21 | $10,254.50 |
| 338616 | 2003-03-13 | $651.94 |
| 010028-00000-047 | 2003-03-25 | $140.00 |
| 010028-00000-048 | 2003-04-08 | $180.00 |
| 10191216 | 2003-04-30 | $449.08 |
| 10199311 | 2003-07-15 | $99.82 |
| 010028-00000-053 | 2003-09-01 | $3,282.34 |
| 10208808 | 2003-09-30 | $640.80 |
| 010028-00000-4203 | 2006-04-30 | $2,242.50 |
| 11099 | 2006-06-30 | $315.00 |
| | | $165,091.64 |

### *Enodis Corporation v. Continental Casualty Company*
2:04-cv-04357-CAS-PJW

**Date Filed: 6/17/04**

| Invoice # | Date | Amount |
|---|---|---|
| 523 | 2000-08-08 | $1,286.19 |
| 561 | 2000-09-12 | $1,601.20 |
| 593 | 2000-10-18 | $1,368.80 |
| 628 | 2000-11-09 | $3,562.40 |
| 656 | 2000-12-14 | $5,477.40 |
| 785 | 2001-05-03 | $1,106.71 |
| 840 | 2001-07-11 | $2,130.80 |
| 962 | 2001-10-09 | $765.00 |
| 1118 | 2002-02-07 | $540.00 |
| 1680 | 2003-06-23 | $11,572.40 |
| 1723 | 2003-08-07 | $9,731.01 |
| 1746 | 2003-08-11 | $1,236.96 |

| | | |
|---|---|---|
| 1789 | 2003-09-23 | $797.72 |
| 1895 | 2004-01-07 | $237.60 |
| 2068 | 2004-06-16 | $1,325.86 |
| 2077 | 2004-06-24 | $14,973.51 |
| 2137 | 2004-09-08 | $7,846.59 |
| 2160 | 2004-09-17 | $1,574.10 |
| 2202 | 2004-10-29 | $4,854.63 |
| 51505 | 2004-11-23 | $3,471.07 |
| 2267 | 2004-12-09 | $5,568.41 |
| 2291 | 2004-12-20 | $13,508.49 |
| 51871 | 2004-12-23 | $488.00 |
| 2308 | 2004-12-23 | $15,383.35 |
| 2365 | 2005-01-25 | $13,566.66 |
| 52431 | 2005-02-14 | $5,269.39 |
| 2396 | 2005-02-28 | $16,372.69 |
| 2431 | 2005-04-08 | $37,406.83 |
| 2493 | 2005-04-26 | $18,901.71 |
| 2532 | 2005-05-24 | $12,593.48 |
| 53897 | 2005-06-14 | $1,390.60 |
| 54320 | 2005-07-13 | $885.56 |
| 2562 | 2005-07-14 | $12,882.86 |
| 2634 | 2005-08-11 | $40,140.35 |
| 54959 | 2005-08-22 | $118.22 |
| 2683 | 2005-09-01 | $25,438.01 |
| 55242 | 2005-09-20 | $689.50 |
| 2722 | 2005-09-28 | $57,756.93 |
| 55587 | 2005-10-14 | $163.50 |
| 2772 | 2005-11-17 | $53,976.47 |
| 2812 | 2006-01-06 | $44,953.74 |
| 2813 | 2006-01-06 | $61,686.27 |
| 2852 | 2006-02-01 | $62,827.53 |
| 2858 | 2006-02-07 | $53,878.53 |
| * ECSW/ CNA1 | 2006-02-20 | $3,209.93 |
| 2935 | 2006-03-03 | $50,582.67 |
| 2999 | 2006-04-11 | $79,051.75 |
| 3015 | 2006-04-27 | $104,038.62 |
| 58647 | 2006-05-05 | $8,171.02 |
| 3063 | 2006-06-08 | $46,956.28 |
| 59662 | 2006-06-27 | $3,203.26 |
| 60195 | 2006-07-25 | $1,514.27 |
| 3138 | 2006-08-09 | $58,139.20 |
| * EvWCNA81406 | 2006-08-14 | $30,000.00 |
| 3170 | 2006-08-21 | $67,370.11 |
| 61053 | 2006-09-19 | $1,339.00 |
| 3224 | 2006-09-22 | $27,404.88 |
| * EVSW/CNA3 | 2006-09-27 | $3,350.23 |
| 3232 | 2006-10-05 | $38,542.99 |
| 61699 | 2006-10-23 | $1,443.61 |
| 3315 | 2006-11-06 | $30,854.35 |
| * EvWCNA112106 | 2006-11-21 | $19,000.00 |
| 622634 | 2006-12-22 | $2,264.55 |
| 3400 | 2006-12-29 | $16,428.91 |

| Invoice # | Date | Amount |
|---|---|---|
| 63041 | 2007-01-19 | $3,451.73 |
| 3469 | 2007-01-25 | $41,295.76 |
| 3556 | 2007-02-16 | $31,180.15 |
| 64149 | 2007-03-22 | $25.00 |
| 3619 | 2007-03-26 | $1,252.19 |
| 6326554 | 2007-03-31 | $1,187.50 |
| 3687 | 2007-04-17 | $3,635.29 |
| 3750 | 2007-05-04 | $1,188.85 |
| 6337653 | 2007-05-12 | $4,615.00 |
| 3829 | 2007-06-08 | $11,586.17 |
| 6344379 | 2007-06-18 | $1,712.50 |
| 3864 | 2007-06-19 | $25,127.84 |
| 6353921 | 2007-07-19 | $2,188.86 |
| 4004 | 2007-08-17 | $8,892.45 |
| 4124 | 2007-09-28 | $12,678.90 |
| 6373973 | 2007-10-02 | $1,198.15 |
| 4213 | 2007-10-19 | $22,735.91 |
| 6393530 | 2007-11-09 | $4,485.31 |
| 4318 | 2007-12-12 | $47,041.49 |
| 6404051 | 2007-12-20 | $2,707.50 |
| 4421 | 2008-01-31 | $45,939.40 |
| 4488 | 2008-02-15 | $9,129.88 |
|  |  | **$1,507,428.49** |

### *Enodis Corporation v. Employers Insurance, et al*
<u>2:03-cv-00866-CAS-PJW</u>

**Date Filed: 2/5/03**

| <u>Invoice #</u> | <u>Date</u> | <u>Amount</u> |
|---|---|---|
| 173 | 1999-04-02 | $6,281.65 |
| 194 | 1999-05-20 | $4,585.45 |
| 230 | 1999-07-08 | $18,111.64 |
| 260 | 1999-08-16 | $6,848.05 |
| 270 | 1999-09-13 | $4,656.29 |
| 335 | 1999-11-09 | $716.70 |
| 346 | 1999-12-10 | $602.59 |
| 374 | 2000-01-17 | $2,818.35 |
| 406 | 2000-02-15 | $262.94 |
| 447 | 2000-04-11 | $4,484.85 |
| 463 | 2000-05-12 | $10,403.56 |
| 485 | 2000-06-19 | $350.05 |
| 510 | 2000-07-07 | $5,109.50 |
| 530 | 2000-08-08 | $1,208.00 |
| 570 | 2000-09-12 | $17,732.50 |
| 598 | 2000-10-18 | $2,257.08 |
| 599 | 2000-10-18 | $36,152.86 |
| 635 | 2000-11-09 | $18,683.36 |
| 636 | 2000-11-09 | $21,383.80 |
| 661 | 2000-12-14 | $7,830.94 |

| | | |
|---|---|---|
| 662 | 2000-12-14 | $4,309.11 |
| 688 | 2001-01-30 | $1,081.15 |
| 689 | 2001-01-30 | $12,071.12 |
| 705 | 2001-02-21 | $2,551.53 |
| 706 | 2001-02-21 | $3,946.99 |
| 730 | 2001-03-22 | $325.37 |
| 755 | 2001-04-10 | $5,512.67 |
| 756 | 2001-04-10 | $4,483.48 |
| 795 | 2001-05-03 | $795.00 |
| 796 | 2001-05-03 | $4,954.16 |
| 831 | 2001-06-12 | $9,713.39 |
| 832 | 2001-06-12 | $2,583.06 |
| 855 | 2001-07-11 | $213.82 |
| 856 | 2001-07-11 | $2,670.35 |
| 890 | 2001-08-02 | $55.11 |
| 891 | 2001-08-02 | $1,755.30 |
| 925 | 2001-09-06 | $680.20 |
| 926 | 2001-09-06 | $1,672.28 |
| 974 | 2001-10-09 | $7.81 |
| 1073 | 2001-12-06 | $3,598.20 |
| 1096 | 2002-01-10 | $31,918.00 |
| 1131 | 2002-02-07 | $6.68 |
| 1132 | 2002-02-07 | $5,435.62 |
| 1186 | 2002-03-06 | $14,960.74 |
| 1213 | 2002-04-05 | $10,662.82 |
| 1248 | 2002-05-07 | $12,432.04 |
| 1293 | 2002-06-21 | $12,026.17 |
| 1324 | 2002-07-03 | $300.94 |
| 1345 | 2002-08-08 | $589.49 |
| 1371 | 2002-09-18 | $5,851.73 |
| 1424 | 2002-10-15 | $22,402.94 |
| 1473 | 2002-11-25 | $21,847.83 |
| 1511 | 2003-02-08 | $2,976.14 |
| 1526 | 2003-02-14 | $4,645.53 |
| 1553 | 2003-03-26 | $10,973.90 |
| 000955 000001 35801 | 2003-03-31 | $1,019.84 |
| 1603 | 2003-05-12 | $11,527.89 |
| 000955 000001 36339 | 2003-05-21 | $765.83 |
| 1645 | 2003-05-21 | $19,192.43 |
| 1688 | 2003-06-23 | $38,229.50 |
| 000955 000001 36592 | 2003-07-01 | $1,638.55 |
| 1732 | 2003-08-07 | $28,512.70 |
| 1755 | 2003-08-11 | $33,385.26 |
| 1791 | 2003-09-24 | $39,482.81 |
| 000955 000001 37348 | 2003-10-15 | $2,499.73 |
| 1822 | 2003-10-20 | $23,455.03 |
| 46133 | 2003-11-19 | $1,136.98 |
| 000955 000001 37899 | 2003-12-01 | $6,871.27 |
| 46486 | 2003-12-26 | $9,666.92 |
| 1904 | 2004-01-07 | $108,449.68 |
| 46657 | 2004-01-12 | $5,595.95 |
| 1936 | 2004-02-10 | $62,871.59 |

| | | |
|---|---|---|
| 000955 000001 38455 | 2004-02-12 | $6,493.32 |
| 1966 | 2004-02-23 | $56,106.72 |
| 47494 | 2004-02-27 | $4,320.15 |
| 47531 | 2004-03-05 | $5,711.81 |
| 2003 | 2004-03-31 | $18,199.49 |
| 48360 | 2004-04-27 | $2,227.97 |
| 2043 | 2004-04-30 | $41,654.65 |
| 000955 000001 39162 | 2004-05-04 | $1,360.53 |
| 48865 | 2004-05-27 | $3,025.44 |
| 2075 | 2004-06-16 | $88,349.63 |
| 2084 | 2004-06-24 | $47,504.80 |
| 49316 | 2004-06-28 | $2,990.96 |
| 49419 | 2004-07-13 | $12,883.93 |
| 000955 000001 39892 | 2004-08-03 | $5,483.57 |
| 50239 | 2004-08-27 | $3,692.14 |
| 50270 | 2004-09-03 | $5,728.19 |
| 2147 | 2004-09-08 | $78,299.76 |
| 2170 | 2004-09-17 | $37,682.84 |
| 50778 | 2004-10-07 | $2,106.49 |
| 000955 000001 40508 | 2004-10-13 | $52.46 |
| 2224 | 2004-11-01 | $29,180.46 |
| 51504 | 2004-11-23 | $13,885.09 |
| 2275 | 2004-12-09 | $13,336.73 |
| 2298 | 2004-12-20 | $28,536.95 |
| 51870 | 2004-12-23 | $4,927.36 |
| 2316 | 2004-12-23 | $24,001.44 |
| 2369 | 2005-01-25 | $31,291.40 |
| 52430 | 2005-02-14 | $3,623.50 |
| 2399 | 2005-02-28 | $22,771.88 |
| 2435 | 2005-04-08 | $25,091.88 |
| 2500 | 2005-04-26 | $49,365.89 |
| 2505 | 2005-05-13 | $1,334.25 |
| 2528 | 2005-05-20 | $867.25 |
| 2539 | 2005-05-24 | $38,000.56 |
| 53896 | 2005-06-14 | $5,629.50 |
| 54319 | 2005-07-13 | $1,750.35 |
| 2569 | 2005-07-14 | $26,505.94 |
| 2638 | 2005-08-11 | $21,828.88 |
| 2687 | 2005-09-01 | $22,694.44 |
| 55241 | 2005-09-20 | $4,819.32 |
| 2727 | 2005-09-28 | $55,307.22 |
| 55586 | 2005-10-14 | $2,511.06 |
| 2778 | 2005-11-17 | $68,698.19 |
| 56400 | 2005-12-20 | $456.62 |
| 2812 | 2006-01-06 | $44,953.74 |
| 2813 | 2006-01-06 | $61,686.27 |
| 2851 | 2006-01-31 | $50,052.63 |
| 2859 | 2006-02-07 | $24,411.87 |
| 2934 | 2006-03-03 | $91,583.93 |
| 57785 | 2006-03-15 | $6,655.34 |
| 3003 | 2006-04-11 | $44,370.73 |
| 3018 | 2006-04-27 | $73,231.99 |

| | | |
|---|---|---|
| 58646 | 2006-05-05 | $11,132.89 |
| 3067 | 2006-06-08 | $21,738.79 |
| 59661 | 2006-06-27 | $21,738.79 |
| 60194 | 2006-07-25 | $3,674.35 |
| 3144 | 2006-08-09 | $45,150.33 |
| 3172 | 2006-08-21 | $53,269.47 |
| 61052 | 2006-09-19 | $2,412.80 |
| 3227 | 2006-09-22 | $30,987.22 |
| 3234 | 2006-10-05 | $14,888.56 |
| 3319 | 2006-11-06 | $14,102.59 |
| 63040 | 2006-11-19 | $2,052.21 |
| 62633 | 2006-12-22 | $324.17 |
| 3405 | 2006-12-29 | $7,744.67 |
| 3474 | 2007-01-25 | $21,476.23 |
| 3560 | 2007-02-16 | $17,629.43 |
| 63608 | 2007-02-21 | $2,761.06 |
| 3623 | 2007-03-26 | $28,314.01 |
| 6326553 | 2007-03-31 | $1,187.50 |
| 64391 | 2007-04-06 | $3,572.84 |
| 3691 | 2007-04-17 | $21,055.22 |
| 3755 | 2007-05-04 | $29,100.23 |
| 6337652 | 2007-05-12 | $1,807.36 |
| 3834 | 2007-06-08 | $18,841.53 |
| 6344378 | 2007-06-18 | $1,791.85 |
| 3868 | 2007-06-19 | $8,409.59 |
| 4007 | 2006-08-17 | $6,077.39 |
| 6363877 | 2007-08-22 | $1,496.08 |
| 4034 | 2007-08-23 | $3,160.47 |
| 4128 | 2007-09-28 | $14,995.60 |
| 6383543 | 2007-10-12 | $1,294.07 |
| 4218 | 2007-10-19 | $21,677.30 |
| 6393529 | 2007-11-09 | $1,469.82 |
| 4323 | 2007-12-12 | $14,514.17 |
| 6404050 | 2007-12-20 | $4,944.83 |
| 4426 | 2008-01-31 | $13,287.27 |
| 4491 | 2008-02-15 | $8,513.78 |
| | | $2,578,624.77 |